# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv576

| | |
|---|---|
| **PRECISION LINKS INCORPORATED,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **USA PRODUCTS GROUP, INC.** and ) | |
| **HOME DEPOT U.S.A., INC.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' motions for admission of attorneys Steven M. Levitan and James M. Gonder as counsel *pro hac vice*. [Docs. 12, 13].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions [Docs. 12, 13] are **ALLOWED**, and Steven M. Levitan and James M. Gonder are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court for each applicant.

**IT IS SO ORDERED.**

Signed: March 3, 2009

Martin Reidinger
United States District Judge