# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv576

| | |
|---|---|
| **PRECISION LINKS INCORPORATED,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **AMENDED ORDER** |
| ) | |
| **USA PRODUCTS GROUP, INC. and** ) | |
| **HOME DEPOT U.S.A., INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' motions for admission of attorneys Steven M. Levitan and Jason M. Gonder as counsel *pro hac vice*. [Docs. 12, 13].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motions [Docs. 12, 13] are **ALLOWED**, and Steven M. Levitan and Jason M. Gonder are hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court for each applicant.

This order is entered to correct the error in the name of one of the attorneys admitted in the Order dated March3, 2009 [Doc.16].

**IT IS SO ORDERED.**

Signed: March 28, 2009

Martin Reidinger
United States District Judge