# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv576

| | |
|---|---|
| PRECISION LINKS INCORPORATED, ) ) ) Plaintiff, ) ) vs. ) ) USA PRODUCTS GROUP, INC. ) and HOME DEPOT U.S.A., INC., ) ) Defendants. ) ) _____ ) | **ORDER AND NOTICE OF HEARING** |

**THIS MATTER** is before the Court on the Defendants' Selection of Mediator Statement [Doc. 27], filed on May 26, 2009.

Upon review of the Defendant's Statement, **IT IS, THEREFORE, ORDERED** that the parties shall appear before the Court on **Friday, May 29, 2009 at 11:00 a.m. in the Charlotte Division** to explain why they have been unable to agree upon the selection of a mediator in this matter.

**IT IS SO ORDERED.**

Signed: May 27, 2009

Martin Reidinger
United States District Judge