IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:08cv576

| | |
|---|---|
| PRECISION LINKS INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| USA PRODUCTS GROUP, INC. and | ) |
| HOME DEPOT U.S.A., INC., | ) |
| | ) |
| Defendants. | ) |

## J U D G M E N T

For the reasons set forth in the Order filed herewith,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Defendants' Renewed Motion for Summary Judgment of Non-Infringement [Doc. 72] is **GRANTED**, and Judgment is hereby entered in favor of the Defendants USA Products Group, Inc. and Home Depot U.S.A., Inc. This case is hereby **DISMISSED**.

Signed: August 3, 2010

Martin Reidinger
United States District Judge